MYERS, APPELLANT, *v.* FOREST CITY ENTERPRISES, INC., APPELLEE.

[Cite as *Myers v. Forest City Ent., Inc.* (1994), 69 Ohio St.3d 1213.]

1214

(No. 93–1242—Submitted May 16, 1994—Decided June 22, 1994.)

*Schulman, Mestel & Burick Co., L.P.A., Timothy B. Saylor* and *Allen Schulman, Jr.,* for appellant.

*Weston, Hurd, Fallon, Paisley & Howley, James L. McCrystal, Jr., William H. Baughman, Jr.,* and *John G. Farnan,* for appellee.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.